Soheyl Tahsildoost (Bar No. 271294)
THETA LAW FIRM, LLP
15901 Hawthorne Blvd., Ste. 270
Lawndale, CA 90260
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for Defendant Tesla, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT A. VANDERPAN and CYNTHIA M. VANDERPAN,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS TESLA MOTORS, INC.<br><br>Defendants. | Case No.: 2:22-cv-00333-TLN-CKD<br><br>**DEFENDANT TESLA, INC.'S F.R.C.P. RULE 68 OFFER**<br><br>Complaint Filed:   February 21, 2022 |

TO PLAINTIFFS AND PLAINTIFFS' ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure, Rule 68, Defendant Tesla, Inc. ("Tesla") hereby offers to settle this action on the following terms:

**OPTION 1: REPURCHASE SUBJECT TO PROOF**

1.     Pursuant to California Civil Code Section 1793.2(d)(2), and subject to proof, Tesla will pay Plaintiffs the past amounts which Plaintiffs have paid for the 2018 Tesla Model S, VIN 5YJSA1E29JF246456 (hereinafter "Subject Vehicle"), including any charges for transportation, manufacturer-installed options, finance charges attributable to the purchase of the vehicle, and collateral charges such as sales tax, license fees, registration fees, and other official fees, but excluding non-

1

manufacturer items installed by or on behalf of Plaintiffs. In addition, if Plaintiffs have an outstanding loan for the Subject Vehicle, Tesla will pay the lender directly the remaining amount necessary to pay off the loan on the Subject Vehicle, repurchase the Subject Vehicle and obtain clear title. The total amounts paid will be the amount to which Plaintiffs are legally entitled under California Civil Code Section 1793.2(d)(2)(B), less a statutory mileage offset calculated using 34,750 miles as the numerator for the calculation of the statutory mileage offset under California Civil Code Section 1793.2(d)(2)(C). Plaintiffs are invited to submit an itemization of the amounts legally recoverable under California Civil Code Section 1793.2(d)(2) to Tesla at the time this Offer is accepted together with proof of same.

2. In addition, subject to proof, Tesla will pay to Plaintiffs any incidental and consequential damages to which Plaintiffs are legally entitled under California Civil Code Sections 1793.2(d)(2)(B) and 1794(b), including, but not limited to, reasonable repair, towing, and rental car costs actually incurred by Plaintiffs. Plaintiffs are invited to submit an itemization of all incidental and consequential damages to Tesla at the time this Offer is accepted together with proof of same.

3. In addition, Tesla will pay to Plaintiffs an amount equal to one times the amount of actual damages.

4. If there is a dispute as to legal entitlement and/or the amounts recoverable in paragraphs 1, 2, and 3 above after submission of the itemization and proof of same, Tesla will pay the undisputed amounts to Plaintiffs within 30 days of acceptance of this Offer. At Plaintiffs' election, Tesla will allow the Court to determine disputed amounts either by motion, bench trial, or under Federal Rule of Civil Procedure 53, with Plaintiffs choosing the dispute resolution process, and Plaintiffs bearing the burden of proof by a preponderance of the evidence for legal entitlement and the damages amount sought.

**OPTION 2: REPURCHASE**

5. In lieu of determining compensation to Plaintiffs per the itemization requested in paragraphs 1, 2, and 3 above, or the parties undergoing the dispute resolution process identified in

paragraph 4, Tesla will pay the total amount of $160,000 (the "Sum") to Plaintiffs and Plaintiffs' lender, if any (if there is an outstanding loan on the Subject Vehicle, Tesla shall pay the lender the amount necessary to pay off the loan for the Subject Vehicle from the Sum and the Plaintiffs shall receive the entire remaining amount).

**SURRENDER TERMS APPLICABLE TO OPTION 1 AND OPTION 2**

6. It is an express condition of this Offer that if Plaintiffs accept a repurchase per any of the paragraphs above, Tesla will perform its obligations within 30 days of acceptance on a mutually agreeable date and location, with Plaintiffs returning the Subject Vehicle to a mutually agreeable authorized Tesla service center and on or before that same date executing all required California Department of Motor Vehicle forms, including but not limited to, DMV Form 262, necessary to transfer title of the Subject Vehicle to Tesla free and clear of all liens and encumbrances, and Tesla providing Plaintiffs and Plaintiffs' lender, if any, with the check or checks necessary to obtain clear title for the Subject Vehicle. It is a further express condition of both Option 1 and Option 2 that, if accepted, Plaintiffs will also promptly provide to Tesla any available loan payoff information, a copy of the current registration of the Subject Vehicle, and a copy of the front and back sides of the Subject Vehicle's title (if available).

**OPTION 3: PAYMENT WITHOUT SURRENDER**

7. As an alternative to the consideration offered in Paragraphs 1 – 6 (Options 1 and 2), in lieu of Tesla paying Plaintiffs the above amounts and Plaintiffs surrendering the Subject Vehicle per the above paragraphs, Tesla will pay the total amount of $20,000 to Plaintiffs within 30 days of acceptance of this Offer. Plaintiffs will not be required to surrender the Subject Vehicle to Tesla under this option.

**OTHER TERMS APPLICABLE TO ALL OPTIONS**

8. Tesla will waive its costs, expenses, and attorney's fees in this action.

9. Plaintiffs will dismiss this entire action with prejudice.

**DEFENDANT TESLA, INC.'S F.R.C.P. RULE 68 OFFER**

10. Tesla will pay Plaintiffs' attorney's fees, expenses and costs in the amount of $5,000 in full satisfaction of any attorney's fees, expenses and costs owed to Plaintiffs and/or Plaintiffs' attorneys in this action. Alternatively, should the $5,000 be refused, Plaintiffs may elect to have the Court determine, in a noticed motion and/or by Plaintiffs' filing of a memorandum of costs, the attorney's fees, costs, and expenses that have been reasonably incurred under California Civil Code Section 1794(d). There is no admission of liability by this Offer. However, if this Offer is accepted, Tesla will stipulate that Plaintiffs are the prevailing parties for purposes of any motion for attorney's fees, expenses and costs and/or memorandum of costs.

11. This Offer can be accepted by filling out, signing, and serving to Tesla's Counsel the acceptance statement on the next page within 14 days after service of this Offer or it is deemed withdrawn. Pursuant to Federal Rules of Civil Procedure, Rule 68, if the judgment finally obtained by the offeree is not more favorable than this Offer, the offeree must pay costs incurred after the Offer was made.

DATED:      April 29, 2022          THETA LAW FIRM, LLP

_____
SOHEYL TAHSILDOOST
Attorneys for Defendant Tesla, Inc.

**[PLEASE SEE NEXT PAGE FOR ACCEPTANCE OF THIS OFFER]**

## FRCP RULE 68 OFFER ACCEPTANCE

I hereby accept the above FRCP Rule 68 Offer made by Defendant Tesla, Inc. by signing below and by selecting one option in each of the following fields (must select one option in each field for valid acceptance).

| FIELD #1 – Option 1, Option 2, or Option 3 | Choose One |
|---|---|
| On behalf of Plaintiffs, I hereby accept the above FRCP Rule 68 Offer made by defendant pursuant to paragraphs 1, 2, 3, 4, 6, 8, 9, 10 and 11 above (i.e., Option 1). | X |
| On behalf of Plaintiffs, I hereby accept the above FRCP Rule 68 Offer made by defendant pursuant to paragraphs 5, 6, 8, 9, 10 and 11 above (i.e., Option 2). | |
| On behalf of Plaintiffs, I hereby accept the above FRCP Rule 68 Offer made by defendant pursuant to paragraphs 7, 8, 9, 10 and 11 above (i.e., Option 3). | |

**AND**

| FIELD #2 – Attorney's fees, costs and expenses | Choose One |
|---|---|
| For fees, costs and expenses, I hereby elect to accept $5,000 pursuant to paragraph 10. | |
| For fees, costs and expenses, I hereby elect to file a motion and/or a memorandum of costs pursuant to paragraph 10. | X |

DATED: _____May 4_____, 2022      BY: _____[signature]_____
                                                         Daniel Z. Inscore
                                                        Attorney for Plaintiffs

# PROOF OF SERVICE
## (FRCP 4(l); Code Civ. Proc., § 1013a(3) Revised 5-1-88)

I am over the age of 18, not a party to this action, and employed in the county where this mailing occurred. My business address is 15901 Hawthorne Blvd., Suite 270, Lawndale, CA 90260. My E-service address is eservice@thetafirm.com. On **April 29, 2022**, I served the following documents described as **DEFENDANT TESLA, INC.'S F.R.C.P. RULE 68 OFFER** on interested parties in this action by placing original/true copies thereof in sealed envelopes addressed as follows:

| | |
|---|---|
| Richard M. Wirtz<br>Amy R. Rotman<br>WIRTZ LAW APC<br>4370 La Jolla Village Drive, Suite 800<br>San Diego, CA 92122<br>Telephone: (858) 259-5009<br>Facsimile: (858) 259-6008<br>Email: eservice@wirtzlaw.com | |

☒ **BY MAIL:** I deposited such envelope in the mail at Lawndale, California. The envelope was mailed with proper postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Said mailing is deposited with the United States Postal Service on that same day in the ordinary course of business and there is delivery service by United States mail at the place so addressed. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the individual(s) listed on the above service list.

☒ **BY ELECTRONIC TRANSMISSION:** I caused to be electronically transmitted such document referenced above to the individual(s) listed on the above service list.

☐ **BY FACSIMILE TRANSMISSION:** I transmitted the facsimile to the individual(s) listed on the above service list at the facsimile number listed thereon. The telephone number on the facsimile machine I used is (424) 286-2244. The facsimile machine I used complied with Rule 2.306 and no error was reported by the machine. Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person at the above-address. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **April 29, 2022** at Lawndale, California.

s/Martha Miranda
Martha Miranda

**DEFENDANT TESLA, INC.'S F.R.C.P. RULE 68 OFFER**