UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 20, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

DELBERT A. VANDERPAN, and
CYNTHIA M. VANDERPAN,

    Plaintiffs,        2:22-CV-00333-TLN-CKD

  v.

TESLA, INC.

    Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFFS, FILED WITH THE COURT ON MAY 16, 2022.**

                Keith Holland,
                Clerk of the Court

ENTERED:  May 20, 2022        by: */s/ Michele Krueger*
                                            Michele Krueger,
                                            Courtroom Deputy