UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT A. VANDERPAN and CYNTHIA M. VANDERPAN,<br>    Plaintiffs,<br><br>    v.<br><br>TESLA, INC, *doing business as* TESLA MOTORS, INC,<br><br>    Defendants, | No. 2:22-cv-00333-TLN-CKD<br><br>**ORDER** |

    Plaintiffs Delbert A. Vanderpan and Cynthia M. Vanderpan ("Plaintiffs") filed the present *Ex Parte* Application to Extend the Deadline to File Plaintiffs' Motion for Attorney's Fees, Costs and Expenses. (ECF No. 10.)

    Having considered the argument and evidence in support of *Plaintiffs' Ex Parte Application*, and finding good cause, the Court Orders as follows:

    1.    Plaintiffs' *Ex Parte* Application (ECF No. 10) is GRANTED.

///

1

2. The deadline for Plaintiffs to file their Motion for Attorney's Fees, Costs and Expenses is hereby extended to August 1, 2022.

IT IS SO ORDERED.

**DATED: June 1, 2022**

_____
Troy L. Nunley
United States District Judge

2