1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELBERT A. VANDERPAN and CYNTHIA M. VANDERPAN,**<br><br>Plaintiffs,<br><br>vs.<br><br>**TESLA, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS TESLA MOTORS, INC.**<br><br>Defendants. | Case No.: 2:22-cv-00333-TLN-CKD<br><br>**ORDER RE: PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>Judge: Hon. Troy L. Nunley |

ORDER

IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. Defendant Tesla, Inc. shall pay Plaintiffs' counsel Wirtz Law APC $16,500.00 by September 22, 2022 to settle the fees incurred by Wirtz Law APC on behalf of Plaintiffs Delbert A. Vanderpan and Cynthia M. Vanderpan in this matter.

**IT IS SO ORDERED.**

Dated: August  30, 2022

Troy L. Nunley
United States District Judge